IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN A. CROSBY; JENI S. CROSBY; KYLE M. LOHSE; and BILL D. RINGER, TRUSTEE OF THE DEFENSE FUND TRUST DATED 1/18/2017,<br><br>Defendants. | CASE NO. 2:23-CV-01440-AC<br><br>[~~PROPOSED~~] ORDER |

By stipulation of the parties, a settlement conference will be scheduled in this matter. The settlement conference will be coordinated with the related case, *United States v. Ines Crosby, et al.,* (2:22-cv-01611-KJM-AC) so that the parties can pursue a resolution that resolves both cases.

**IT IS SO ORDERED.**

Dated:  August 12, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER