IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN A. CROSBY; JENI S. CROSBY; KYLE M. LOHSE; and BILL D. RINGER, TRUSTEE OF THE DEFENSE FUND TRUST DATED 1/18/2017,<br><br>Defendants. | CASE NO. 2:23-CV-01440 AC<br><br>[~~PROPOSED~~] ORDER |

By stipulation of the parties, and good cause appearing, the expert discovery and law and motion deadlines are vacated.

The parties will submit a brief statement to the Court within seven days of the settlement conference to update the Court on the status of the case and requesting that deadlines be reset should the settlement conference not resolve the case.

**IT IS SO ORDERED.**

Dated:  August 12, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER